IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>**This Document Relates to** *City of Westfield v. 3M Company, et al*, 2:18-cv-3435-RMG |
| CITY OF WESTFIELD,<br><br>*Plaintiff,*<br><br>-against -<br><br>3M COMPANY (f/k/a Minnesota Mining and Manufacturing Co.), CHEMGUARD, INC., TYCO FIRE PRODUCTS L.P., (successor in interest to The Ansul Co., UNITED STATES DEPARTMENT OF THE AIR FORCE UNITED STATES AIR NATIONAL GUARD BUREAU, JOHN DOE DEFENDANTS 1-49<br><br>*Defendants.* | **NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS AND AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 4(i) service of process has been effectuated on defendants United States Department of the Air Force and the United States Air National Guard via personal service to the United States Attorney's Office, District of South Carolina and via certified mail to the United States Air Force and to the Attorney General of the United States. Proofs of service are attached as Exhibits A and B.

Dated: June 26, 2019
New York, New York

*/s/Michael A. London*
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
Telephone (212) 566-7500
mlondon@douglasandlondon.com

*Attorney for City of Westfield*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing Notice Of Filing Of Proof Of Service Of Summons And Amended Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered users, including defendants' counsel.

<u>*/s/Michael A. London*</u>
Michael A. London
Douglas & London, P.C.
59 Maiden Lane, 6th Fl.
New York, New York 10038
Telephone (212) 566-7500
mlondon@douglasandlondon.com

*Attorney for City of Westfield*